IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

MILICENT J. DANIELS-CHAMBERS        :

v.                                  :   CIVIL ACTION NO. WMN-00-3405

BALTIMORE LIFE COMPANIES            :
MARK J. EWING

### O R D E R

The instant complaint was filed on November 15, 2000. On November 22, 2000, the *pro se* plaintiff was informed through written Order that she was responsible for effecting service on defendants and that her failure to effect service on defendants within 120 days of the filing of the complaint would result in the dismissal of her cause of action under Fed. R. Civ. P. 4(m) and Local Rule 103.8.a.

Even though plaintiff was provided the aforementioned notice, nearly 120 days have passed since the filing of this action and there is no indication--through the submission of affidavit, postal acknowledgment, or original waiver--that defendants has been served. Consequently, in accordance with the aforementioned federal and local rules, plaintiff shall show cause why her cause of action against defendants should not be dismissed for the failure to effect service.

Accordingly, **IT IS** this 8th day of March, 2001 by this Court hereby **ORDERED**:

1.      That plaintiff **SHALL SHOW CAUSE** on or before **FOURTEEN (14)** days from the entry of this Order why her complaint against defendants should not be dismissed for failure to effect service. Plaintiff's failure to show good cause or to timely advise this Court of her intentions in regard to service of process may result in the dismissal of her cause of action

against defendants, pursuant to Fed. R. Civ. P. 4(m) and Local Rule 103.8.a., without further notice of this Court; and

    2.    That the Clerk of the Court **MAIL** a copy of this Order to plaintiff.

                                                    William M. Nickerson
                                                  United States District Judge