IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

MILICENT J. DANIELS-CHAMBLE  :

                         :

v.                                Civil Action WMN-00-3405

                         :

BALTIMORE LIFE COMPANIES,
    et al.                      :

## ORDER

In accordance with the foregoing Memorandum and for the reasons stated therein, IT IS this 16th day of January, 2002 by the United States District Court for the District of Maryland, ORDERED:

1) That the March 26, 2001 Order dismissing this action is hereby VACATED and this action REOPENED;

2) That Defendants' Motion to Dismiss, Paper No. 8, is GRANTED, in that all claims against Defendant Mark Ewing are dismissed, as are the claims of retaliation, constructive discharge and libel as against Defendant Baltimore Life Companies;

3) That the Clerk of Court shall mail or transmit copies of this Memorandum and Order to Plaintiff and all counsel of record.

                                         /s/ William M. Nickerson
                                         William M. Nickerson
                                         United States District Judge