UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF MARYLAND
(NORTHERN DIVISION)

| | | |
|---|---|---|
| MILICENT J. DANIELS-CHAMBLE | * | |
| Plaintiff, | * | Civil Action No.: WMN-00-CV-3405 |
| v. | * | |
| BALTIMORE LIFE COMPANIES, *et al.* | * | |
| | * | |
| Defendants. | | |

\*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*

## ORDER

Upon consideration of the parties' Joint Motion to Amend the Court's

Scheduling Order, the Court hereby finds that good cause has been shown, and, therefore, it is

this 10ᵗʰ day of _April_, 2002,

ORDERED, that the Joint Motion shall be and the same hereby is GRANTED,

and that the Scheduling Order previously issued on January 30, 2002 is hereby amended as

follows:

        a.     Plaintiff's Initial Disclosures, Answers to Defendant's

Interrogatories and Response to Defendant's Request for Production of Documents shall be

served on Defendant by no later than May 9, 2002;

        b.     All depositions and other discovery shall be completed by July

15, 2002;

        c.     The parties shall file by July 15, 2002 a status report discussing:

(1) whether or not discovery has been completed; (2) whether or not any motions are pending;

719609.1 4/9/02

(3) whether or not any party intends to file motions; (4) the anticipated length of trial; and (5)

the possibility that the case will be settled;

      d.      All motions for summary judgment shall be filed on or before August 15, 2002.

_____
William M. Nickerson
United States District Judge