UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF MARYLAND
(NORTHERN DIVISION)

MILICENT J. DANIELS-CHAMBLE            *

       Plaintiff,                                    *  Civil Action No.: WMN-00-CV-3405

  v.                                                  *   _____ DEPUTY

BALTIMORE LIFE COMPANIES,              *
et al.
                                          *

       Defendants.
*   *   *   *   *   *   *   *   *   *   *

## ORDER

Upon consideration of Plaintiff, Milicent J. Daniels-Chamble's Motion for Extension of Time to Comply with the Court's Scheduling Order Dated April 10, 2002, and the memoranda and arguments presented to this Court in support and opposition thereto,

it is this 6th day of June, 2002,

ORDERED, that the Motion be and the same hereby is DENIED, and that Plaintiff is required to serve on Defendant her Initial Disclosures and responses to First Request for Production of Documents and Interrogatories no later than June 14, 2002.

_____
William M. Nickerson
United States District Judge