IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

MILICENT J. DANIELS-CHAMBLE :

:

v. : Civil Action WMN-00-3405

:

BALTIMORE LIFE COMPANIES,
    et al. :

# ORDER

In accordance with the foregoing Memorandum and for the reasons stated therein, IT IS this 12th day of February, 2003 by the United States District Court for the District of Maryland,

ORDERED:

1) That Defendant Baltimore Life Companies, Inc.'s Motion for Summary Judgment, Paper No. 34, is hereby GRANTED;

2) That judgment is entered in favor of Baltimore Life Companies, Inc. and against Plaintiff;

3) That Defendant Baltimore Life Companies, Inc. Motion to Dismiss, Paper No. 25, is DENIED as MOOT;

4) That this action is hereby CLOSED;

5) That any and all prior rulings made by this Court disposing of any claims against any parties are incorporated by reference herein and this order shall be deemed to be a final



judgment within the meaning of Fed. R. Civ. P. 58; and

6) That the Clerk of Court shall mail or transmit copies of this Memorandum and Order to Plaintiff and all counsel of record.

                          /s/ William M. Nickerson
                          William M. Nickerson
                          Senior United States District Judge